AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vyskocil, Mary Kay | US Bankruptcy Court for the Southern District of New York | 01/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 1004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner in Law Firm (retired March 31, 2016) | Simpson Thacher & Bartlett LLP |
| 2. | Vice President | Federal Bar Council |
| 3. | Trustee (Withdrew 3/17/2016) | New York Community Trust |
| 4. | Director | Sanctuary for Families |
| 5. | Trustee | St. Joseph's Seminary |
| 6. | Trustee | Dominican College |
| 7. | Director ad Executive Committee Member | Judges and Lawyers Breast Cancer Alert ("JALBCA") |
| 8. | Trustee | Historical Society of New York Courts |
| 9. | Vice Presient | New York American Inn of Court |
| 10. | Director | St. John's University School of Law Alumni Association |
| 11. | Director and Vice President | 80 East End Owners Corporation (Co-op Board) |
| 12. | Trustee and Clerk | Windswept Condominium Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | Simpson Thacher & Bartlett -- Retirement Plan under partnership Agreement (with former law firm)--Unfunded Pension Plan and equity payout |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Simpson Thacher & Bartlett LLP -- Partner Draw | $3,813,081.00 |
| 2. 2015 | Simpson Thacher & Bartlett LLP --Partner Draw | $3,775,000.00 |
| 3. 2016 | Simpson Thacher & Bartlett LLP --Partner Draw & Pension | $894,924.00 |
| 4. 2014 | Roaring Fever LLC--New York State Breeders Awards | $1,343.20 |
| 5. 2015 | Roaring Fever LLC --New York State Breeders Awards | $1,481.47 |
| 6. 2016 | Roaring Fever LLC --New York State Breeders Awards | $959.86 |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 425 Private Fund I, LLC | E | Dividend | N | T | Buy | 01/01/16 | N | | |
| 2. | | | | | Distributed (part) | 12/31/16 | M | | |
| 3. CTC Madison Fund at Millenium Trust-IRA | | None | | | Distributed | 08/31/16 | O | | |
| 4. | | | | | Distributed | 10/05/16 | M | | |
| 5. | | | | | Distributed | 12/12/16 | M | | |
| 6. STB, LLP PROFIT SHARING PLAN-FIDELITY (H) | | | | | | | | | |
| 7. WT CIF II CR PL BD 1 | A | Dividend | J | T | | | | | |
| 8. FID 500 Index Inst | G | Dividend | P1 | T | | | | | |
| 9. TRP Equity Income | E | Dividend | M | T | | | | | |
| 10. Champlain Midcap Inst | B | Dividend | K | T | | | | | |
| 11. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 12. STB SUPP PROFIT SHARING PLAN-FIDELITY (H) | | | | | | | | | |
| 13. WT CIF II CR PL BD 1 | A | Dividend | K | T | | | | | |
| 14. FID 500 Index Inst | G | Dividend | P1 | T | | | | | |
| 15. TRP Equity Income | E | Dividend | M | T | | | | | |
| 16. Champlain Midcap Inst | C | Dividend | L | T | | | | | |
| 17. MIP II CL 2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FID Intm Govt Income | A | Dividend | J | T | | | | | |
| 19. MERRILL LYNCH HSA (H) | | | | | | | | | |
| 20. Black Rock Global | A | Dividend | K | T | | | | | |
| 21. ML Bank Deposit Program | A | Interest | K | T | Buy | 03/15/16 | K | | |
| 22. Black Rock S&P 500 Index | A | Dividend | J | T | | | | | |
| 23. TRANSAMERICA IRA (H) | | | | | | | | | |
| 24. TFLIC Fixed | A | Dividend | J | T | | | | | |
| 25. Transamerica Partners Large Growth | | None | J | T | | | | | |
| 26. JP Morgan Chase- Cash Accounts | A | Interest | N | T | | | | | |
| 27. Citibank, N.A.- Cash Accounts | D | Interest | P2 | T | | | | | |
| 28. People's United Bank- Cash Accounts | C | Interest | P1 | T | | | | | |
| 29. Western Asset NY Tax- Free MMF CL N | A | Dividend | J | T | | | | | |
| 30. FIDELTY IRA (H) | | | | | | | | | |
| 31. Vanguard 500 Index Fund Investors Shares | C | Dividend | K | T | | | | | |
| 32. FIDELITY BROKERAGE #1 (H) | | | | | | | | | |
| 33. American Growth Fund of America, Class F1 | E | Dividend | N | T | | | | | |
| 34. Dodge & Cox Stock | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity NY AMT Free MMKT Inst Class | A | Dividend | M | T | | | | | |
| 36. Fidelity NY Muni Money Market | B | Dividend | P1 | T | | | | | |
| 37. Royce Total Return Fund Investment Class | E | Dividend | N | T | | | | | |
| 38. Fidelity 500 Index Premium Class | C | Dividend | M | T | | | | | |
| 39. SPDR S&P Midcap 400 ETF TR UT SER1 | C | Dividend | N | T | | | | | |
| 40. Tweedy Browne Global Value Fund | D | Dividend | M | T | | | | | |
| 41. Vanguard 500 Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 42. Baron Growth Fund | E | Dividend | N | T | | | | | |
| 43. Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 44. FIDELITY BROKERAGE #2 (H) | | | | | | | | | |
| 45. American Beacon Large Cap Investor | A | Dividend | J | T | | | | | |
| 46. American Europacific Growth Fund Class F2 | A | Dividend | K | T | | | | | |
| 47. Deutsche Strategic High Yield Tax Free Fund | A | Dividend | | | Buy | 05/24/16 | K | | |
| 48. | | | | | Sold | 12/14/16 | K | | |
| 49. Deutsche NY Tax Free Income Fund | D | Dividend | N | T | Sold (part) | 01/14/16 | J | A | |
| 50. | | | | | Buy | 10/05/16 | J | | |
| 51. | | | | | Sold (part) | 12/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Deutsche Short-Term Muni Bond Fund S | A | Dividend | K | T | Buy | 12/14/16 | K | | |
| 53. | Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 54. | Fidelity Advisor New Insights Class 1 | C | Dividend | L | T | | | | | |
| 55. | Fidelity Limited Term Muni Income Fund | A | Dividend | | | Buy | 03/21/16 | L | | |
| 56. | | | | | | Sold | 12/14/16 | L | | |
| 57. | Fidelity Municipal Income Fund | D | Dividend | M | T | Buy | 12/14/16 | L | | |
| 58. | FIMM Government Portfolio Instl CL | A | Dividend | M | T | Buy | 03/30/16 | M | | |
| 59. | | | | | | Sold (part) | 12/13/16 | M | | |
| 60. | FIMM Money Market Portfolio | A | Dividend | | | Sold | 03/18/16 | M | | |
| 61. | | | | | | Sold | 03/30/16 | M | | |
| 62. | Harbor International Institutional Fund | A | Dividend | J | T | | | | | |
| 63. | ISHARES Russell 1000 Growth ETF | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 64. | ISHARES S&P Smallcap 600 Value | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 65. | ISHARES Russell 1000 Value ETF | B | Dividend | L | T | Buy | 01/19/16 | J | | |
| 66. | | | | | | Sold (part) | 10/04/16 | J | A | |
| 67. | MFS International Diversification Fund | A | Dividend | K | T | | | | | |
| 68. | MFS International Value Fund | A | Dividend | K | T | Buy | 01/14/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Research International Fund | A | Dividend | J | T | Sold (part) | 07/28/16 | J | B | |
| 70. Morgan Stanley Midcap Growth Portfolio | | None | | | Sold | 12/13/16 | K | | |
| 71. Morgan Stanley Global Real Estate Portfolio | A | Dividend | K | T | | | | | |
| 72. Nuveen Intermediate Duration Muni Bond Fund | B | Dividend | | | Sold | 01/14/16 | J | A | |
| 73. | | | | | Sold | 12/14/16 | K | | |
| 74. Nuveen NY Municipal Bond Fund | D | Dividend | M | T | | | | | |
| 75. Oppenheimer International Growth Fund | A | Dividend | J | T | Buy | 01/14/16 | J | | |
| 76. | | | | | Sold (part) | 05/24/16 | J | A | |
| 77. Royce PA Mutual Fund Service | A | Dividend | J | T | Sold (part) | 07/28/16 | J | | |
| 78. Sector SPDR Trust Shares Ben Int Financial | B | Dividend | K | T | Sold (part) | 03/23/16 | J | A | |
| 79. SPDR S&P 500 ETF Trust SER1 | B | Dividend | L | T | | | | | |
| 80. T. Rowe Price Tax Free High Yield Adv | A | Dividend | L | T | Buy | 12/14/16 | L | | |
| 81. Victory RS Small Cap Growth | A | Dividend | J | T | | | | | |
| 82. Wells Fargo Special Mid Cap Administration Fund | A | Dividend | K | T | Buy | 01/14/16 | K | | |
| 83. Wells Fargo Muni Bond Fund-Administration Class | D | Dividend | M | T | | | | | |
| 84. Wells Fargo Ultra Short Term Muni Income Fund | B | Dividend | | | Distributed | 10/27/16 | N | | |
| 85. | | | | | Buy | 03/21/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 05/24/16 | J | | |
| 87. | | | | | Buy | 07/28/16 | J | | |
| 88. | | | | | Buy | 10/06/16 | J | | |
| 89. Wells Fargo Ultra Short Term Muni Income Adm | A | Dividend | N | T | Distributed (part) | 10/27/16 | N | | |
| 90. | | | | | Buy | 12/14/16 | M | | |
| 91. Western Asset Managed Muni Fund | B | Dividend | M | T | Sold (part) | 12/14/16 | K | | |
| 92. MORGAN STANLEY #1 (H) | | | | | | | | | |
| 93. ABBVIE, Inc. | B | Dividend | K | T | | | | | |
| 94. Allstate Corp | A | Dividend | K | T | | | | | |
| 95. Apple | A | Dividend | K | T | | | | | |
| 96. Bank of NY Mellon Corp | A | Dividend | K | T | | | | | |
| 97. Chevron Corp | B | Dividend | K | T | | | | | |
| 98. Coach, Inc. | A | Dividend | K | T | Buy | 09/22/16 | K | | |
| 99. Costar Group, Inc. | A | Dividend | K | T | Buy | 11/17/16 | K | | |
| 100. CVS Health Corp | A | Dividend | K | T | | | | | |
| 101. Fedex Corp | A | Dividend | K | T | Buy | 08/25/16 | K | | |
| 102. General Electric Co | A | Dividend | | | Sold | 11/04/16 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 104.  Microsoft, Corp | A | Dividend | K | T | Buy | 02/03/16 | J | | |
| 105.  PVH Corporation | A | Dividend | J | T | Sold (part) | 01/22/16 | K | | |
| 106. | | | | | Buy | 10/13/16 | J | | |
| 107. | | | | | Buy | 11/04/16 | J | | |
| 108.  Republic Services, Inc. | A | Dividend | K | T | | | | | |
| 109.  Starbucks Corporation | A | Dividend | K | T | | | | | |
| 110.  Tiffany & Co | A | Dividend | K | T | Sold (part) | 01/22/16 | K | | |
| 111. | | | | | Buy | 11/04/16 | J | | |
| 112.  Unitedhealth Group, Inc. | A | Dividend | K | T | Sold (part) | 07/13/16 | J | A | |
| 113.  Visa, Inc. | A | Dividend | K | T | | | | | |
| 114.  Alerian MLP ETF | A | Dividend | | | Buy | 05/02/16 | J | | |
| 115. | | | | | Sold | 11/04/16 | K | A | |
| 116.  Biogen, Inc (X) | | None | | | Sold | 07/08/16 | K | | |
| 117.  Mead Johnson Nutrition Co. | A | Dividend | | | Buy | 03/09/16 | J | | |
| 118. | | | | | Buy | 03/15/16 | J | | |
| 119. | | | | | Buy | 03/17/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 08/25/16 | K | C | |
| 121. Mylan NV | A | Dividend | K | T | Buy | 07/08/16 | K | | |
| 122. | | | | | Sold | 08/26/16 | K | B | |
| 123. | | | | | Buy | 10/13/16 | J | | |
| 124. | | | | | Buy | 11/04/16 | K | | |
| 125. Palo Alto Networks, Inc. | A | Dividend | J | T | | | | | |
| 126. Royal Bank of Canada | A | Dividend | | | Buy | 02/22/16 | K | | |
| 127. | | | | | Sold | 11/04/16 | K | C | |
| 128. Berkshire Hathaway Class B | A | Dividend | K | T | | | | | |
| 129. Davita, Inc. | A | Dividend | | | Sold | 09/22/16 | K | | |
| 130. Dunkin Brands Group | A | Dividend | K | T | Buy | 02/05/16 | J | | |
| 131. Facebook, Inc. | A | Dividend | K | T | | | | | |
| 132. Guess, Inc. | A | Dividend | K | T | Buy | 02/19/16 | J | | |
| 133. | | | | | Buy | 03/15/16 | J | | |
| 134. | | | | | Buy | 03/17/16 | J | | |
| 135. Honeywell International | A | Dividend | K | T | | | | | |
| 136. INFOSYS Limited ADR | A | Dividend | | | Buy | 05/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 11/04/16 | K | | |
| 138. | | | | | Sold | 11/17/16 | K | | |
| 139. International Paper Co. | B | Dividend | K | T | Buy | 03/24/16 | K | | |
| 140. Intuitive Surgical Inc. | A | Dividend | K | T | Sold (part) | 07/13/16 | J | A | |
| 141. Lockheed Martin Corp | A | Dividend | K | T | Buy | 03/01/16 | J | | |
| 142. | | | | | Buy | 03/15/16 | J | | |
| 143. | | | | | Buy | 11/04/16 | J | | |
| 144. Alphabet, Inc. | A | Dividend | K | T | | | | | |
| 145. The Mosaic Co | A | Dividend | | | Buy | 02/19/16 | J | | |
| 146. | | | | | Buy | 03/03/16 | J | | |
| 147. | | | | | Sold | 05/26/16 | J | A | |
| 148. Hormel Foods Corp (X) | A | Dividend | | | Sold | 02/22/16 | K | D | |
| 149. Potash Corp of Saskatchewan (X) | A | Dividend | | | Sold | 01/14/16 | K | | |
| 150. SPDR Gold TR Gold Shares | A | Dividend | | | Buy | 01/07/16 | J | | |
| 151. | | | | | Buy | 01/12/16 | J | | |
| 152. | | | | | Sold | 03/03/16 | K | B | |
| 153. Mobileye N.V. (X) | A | Dividend | | | Sold | 01/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Magna International, Inc. (X) | A | Dividend | | | Sold | 01/22/16 | J | | |
| 155. Linked In Corp. (X) | A | Dividend | | | Sold | 03/08/16 | J | | |
| 156. Walt Disney Co (X) | A | Dividend | | | Sold | 03/24/16 | K | | |
| 157. Morgan Stanley Bank, N.A. | A | Interest | K | T | | | | | |
| 158. MORGAN STANLEY #2 (H) | | | | | | | | | |
| 159. Bank of America Corp. | C | Dividend | L | T | | | | | |
| 160. JP Morgan Chase Co | C | Dividend | L | T | | | | | |
| 161. Morgan Stanley | C | Dividend | L | T | | | | | |
| 162. Wells Fargo & Co | C | Dividend | L | T | | | | | |
| 163. General Motors Co. | B | Interest | L | T | | | | | |
| 164. Goldman Sachs Group | B | Interest | L | T | | | | | |
| 165. HCA, Inc. | B | Interest | L | T | | | | | |
| 166. Hewlett-Packard | B | Interest | L | T | | | | | |
| 167. ICAHN Enterprises | A | Interest | L | T | | | | | |
| 168. JP Morgan Chase CD | A | Interest | L | T | | | | | |
| 169. Microsoft Corp. | B | Interest | L | T | | | | | |
| 170. Morgan Stanley Bank, N.A. | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley Private Bank, N.A. | A | Interest | K | T | | | | | |
| 172. Pitney Bowes, Inc. | B | Interest | L | T | | | | | |
| 173. SL Green Realty Co. | B | Interest | L | T | | | | | |
| 174. United Technologies | A | Interest | L | T | | | | | |
| 175. Verizon Communications | B | Interest | L | T | | | | | |
| 176. Ally Financial, Inc. | B | Interest | L | T | | | | | |
| 177. American Airlines Group | C | Interest | L | T | | | | | |
| 178. General Motors Financial Co. | B | Interest | K | T | Buy | 04/11/16 | K | | |
| 179. Conagra Foods, Inc. | B | Interest | L | T | Buy | 04/04/16 | L | | |
| 180. HP Enterprise Co. | B | Interest | | | Buy | 03/28/16 | L | | |
| 181. | | | | | Sold | 09/20/16 | L | B | |
| 182. Newell Rubermaid, Inc. | A | Interest | L | T | Buy | 12/06/16 | L | | |
| 183. Nucor Corp | A | Interest | L | T | Buy | 12/06/16 | L | | |
| 184. Diamond 1 Finance Corp | A | Interest | L | T | Buy | 09/20/16 | L | | |
| 185. MERRILL LYNCH (H) | | | | | | | | | |
| 186. Blackstone Group, L.P. | D | Dividend | M | T | | | | | |
| 187. PJT Partners, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 188. Global Crossing | A | Dividend | J | W | | | | | |
| 189. Asia Global Crossing | A | Dividend | J | W | | | | | |
| 190. JP MORGAN CHASE BANK - IRA (H) | | | | | | | | | |
| 191. Primecap Odyssey Stock Fund | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 192. SPDR S&P 500 ETF Trust | D | Dividend | N | T | Buy | 10/26/16 | M | | |
| 193. Diamond Hill Large Cap Fund | | None | J | T | Buy | 10/26/16 | K | | |
| 194. Vulcan Value Partners Fund | A | Dividend | K | T | Buy | 10/26/16 | K | | |
| 195. Blackrock Funds Midcap Index | B | Dividend | L | T | Buy | 10/26/16 | L | | |
| 196. AMG Managers Picket INTL Fund | | None | K | T | Buy | 10/26/16 | K | | |
| 197. Artisan International Fund | | None | K | T | Buy | 10/26/16 | K | | |
| 198. Causeway International Value Fund | A | Dividend | K | T | Buy | 10/26/16 | K | | |
| 199. Brown Adv Japan Alpha Opportunity Fund | | None | K | T | Buy | 10/26/16 | K | | |
| 200. Blackrock MSCI World Index Fund | B | Dividend | L | T | Buy | 10/26/16 | L | | |
| 201. Cash - JP Morgan Chase Bank, NA | | None | O | T | Buy | 10/26/16 | O | | |
| 202. Dodge & Cox Income Fund | | None | K | T | Buy | 10/26/16 | K | | |
| 203. Metropolitan West Fund | | None | K | T | Buy | 10/26/16 | K | | |
| 204. Vanguard Total Bond Market Index Fund | | None | M | T | Buy | 10/26/16 | M | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Lord Abbett Investment Trust Long Term Duration | | None | K | T | Buy | 10/26/16 | K | | |
| 206. PIMCO Fund PAC Inv MGMT Series High Yield Fund | A | Dividend | L | T | Buy | 10/26/16 | L | | |
| 207. Vanguard Short Term Tips | | None | K | T | Buy | 10/26/16 | K | | |
| 208. T. Rowe Price Emerging Markets Bond Fund | | None | K | T | Buy | 10/26/16 | K | | |
| 209. John Hancock Income Fund | | None | K | T | Buy | 10/26/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 01/18/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary Kay Vyskocil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544